FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00440-CR

Correy **REYES-BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-1498-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief was originally due December 7, 2022. On December 8, 2022, appellant filed a motion requesting an extension of time to file the brief until February 6, 2023, for a total extension of sixty-one days. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file the brief **by February 6, 2023**. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court